# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN CHILCOTE,<br><br>    Petitioner,<br><br>v.<br><br>SCOTT KERNAN, Secretary,<br><br>    Respondent. | Case No.: 17cv0061 GPC (PCL)<br><br>**ORDER: (1) SUA SPONTE SUBSTITUTING RESPONDENT; and (2) DENYING MOTION TO ADD RESPONDENT [ECF No. 11] AS MOOT** |

Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (West 2007).

Petitioner submitted a motion to add respondent on June 19, 2017 and a notice of change of address on June 28, 2017. A writ of habeas corpus acts upon the custodian of the state prisoner. See 28 U.S.C. § 2242; Rule 2(a), 28 U.S.C. foll. § 2254. In order to conform with the requirements of Rule 2(a) of the Rules Governing § 2254 Cases and to avoid changing the Respondent again if Petitioner is transferred to another prison or paroled, the Court hereby sua sponte **ORDERS** the substitution of Scott Kernan, Secretary of the California Department of Corrections and Rehabilitation, as Respondent in place of "D. Davey." See Ortiz-Sandoval v. Gomez, 81 F.3d 891, 894 (9th Cir. 1996) (stating that the respondent in § 2254 proceedings may be the chief officer in charge of state penal institutions).

The Clerk of the Court will modify the docket to reflect "Scott Kernan, Secretary" as respondent in place of "D. Davey." Because the Court is sua sponte substituting Scott Kernan, Secretary, as Respondent, the Motion to Add Respondent [ECF No. 11] is **DENIED** as moot.

**IT IS SO ORDERED.**

Dated: July 11, 2017

Hon. Peter C. Lewis
United States Magistrate Judge