

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ryan Chilcote | Civil Action No. 17cv0061-GPC(PCL) |
| Petitioner, | |
| V. | |
| Scott Kernan, Secretary | JUDGMENT IN A CIVIL CASE |
| Respondent. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court adopts in part the Magistrate Judge's Report and Recommendation, denies Petitioner's Petition, and denies a certificate of appealability.

Date: 7/26/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ R. Chapman
R. Chapman, Deputy